JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY FRITZER, | CASE NO. CV08-01211 VBF (JTLx) |
| Plaintiff, | |
| vs. | **ORDER DISMISSING DEFENDANTS WITH PREJUDICE** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DIEBOLD, INCORPORATED LONG TERM DISABILITY PLAN #510, | |
| Defendants. | |

Pursuant to the fully executed Stipulation Re: Plaintiff Jerry Fritzer's Dismissal With Prejudice Of Defendants The Prudential Insurance Company of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

America and Diebold, Incorporated Long Term Disability Plan # 510 (collectively hereinafter referred to as "Defendants") and Federal Rules of Civil Procedure 41(a)(1), Defendants are hereby dismissed with prejudice from this action.

Dated: March 24, 2009

*Valerie Baker Fairbank*

_____
Judge of the U.S. District Court

RONALD K. ALBERTS (SBN: 100017)
MICHELLE L. STEINHARDT (SBN: 235149)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendants
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA; and DIEBOLD
INCORPORATED LONG TERM DISABILITY
PLAN #510